IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 08-po-00018-GJR

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1. SHANE D. COOK,

        Defendant.

---

**ORDER FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM**

---

Upon petition of the United States and for good cause shown, it is hereby

ORDERED that the Clerk of the Court issue a writ to the United States Marshals Service requiring the United States Marshal to produce SHANE D. COOK before a United States Magistrate Judge on October 7, 2008, for sentencing upon the charges in the Information, and to hold him at all times in the United States Marshal's custody as an agent of the United States of America until final disposition of the defendant's case, and thereafter to return the defendant to the institution where he is now confined.

SO ORDERED this 26th day of September, 2008.

                                                UNITED STATES MAGISTRATE JUDGE
                                                UNITED STATES DISTRICT COURT
                                                DISTRICT OF COLORADO